```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 11-414 WBS |
| ) | |
| Plaintiff, ) | APPLICATION AND [~~PROPOSED~~] ORDER |
| ) | TO CONTINUE SENTENCING TO |
| v. ) | FEBRUARY 6, 2012, AT 9:30 A.M. |
| ) | |
| ULISES ERNESTO DIAZ MIRANDA, ) | Date:  January 17, 2012 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

This matter is before the Court on January 17, 2012, at 9:30 a.m., for sentencing. United States Probation requires more time to complete the Presentence Investigation Report ("PSR"). The parties and Probation agree to reset the sentencing for February 6, 2012, at 9:30 a.m.

The parties do not anticipate any complicated issues at sentencing. The parties prefer to forego a formal disclosure schedule, but reserve the right to reinstate a formal disclosure schedule if unforeseen complications arise upon receipt of the PSR. The parties intend to file sentencing memoranda upon disclosure of the PSR.

/ / /

Good cause appearing therefor,

**IT IS ORDERED** that this matter be continued from Janaury 17, 2012, at 9:30 a.m., to February 6, 2012, at 9:30 a.m.; and,

**IT IS ORDERED** that the parties adhere to the modified disclosure schedule outlined above.

Dated:   January 11, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE